```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 NOV 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                            :          RESTITUTION ORDER

STEVEN EUGENE CAULEY,             :          09 Cr. 551 (PAC)

        Defendant.                  :

- - - - - - - - - - - - - - - - x

        Defendant STEVEN EUGENE CAULEY having come before the Court for sentencing, it is hereby

        ORDERED that pursuant to 18 U.S.C. §§ 3663A(a)(1), 3663A(c)(1)(A)(ii), 3664(f)(1)(A), and 3664(f)(2), the defendant shall make restitution in the amount of $9.3 million to the victims identified in Exhibit A;

        IT IS FURTHER ORDERED that payments shall be made to an escrow account identified by the fiduciary designated by the United States District Court in In re BISYS Securities Litigation, 04 Cv. 3840 (JSR) (the "BISYS Case");

        IT IS FURTHER ORDERED that all payments from the defendant shall be distributed pro rata, based on the proportion of each victim's loss to the total losses incurred by victims identified in Exhibit A;

        IT IS FURTHER ORDERED that the defendant shall receive a credit for any restitution paid to AB Data prior to entry of this Order, including, but not limited to, $500,000 paid on May 27, 2009;

        IT IS FURTHER ORDERED that the defendant shall pay any costs arising from distribution of the restitution by AB Data, or its successors as administrators of the settlement in the BISYS Case; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

SO ORDERED.

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK


DATED:    New York, New York
          November 23, 2009